IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-41218
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MILTON JAMES "BUCK" SOWADA,

Defendant-Appellant.


_____

Appeal from the United States District Court
For the Eastern District of Texas
_____

(4:01-CR-2-3)
July 11, 2002


Before HIGGINBOTHAM, JONES, and BARKSDALE, Circuit Judges.

PER CURIAM:*

    AFFIRMED.  *See* 5TH CIR. R. 47.6.

_____

    * Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.